UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THE RESIGNATION OF ) | |
| CHAPTER 13 TRUSTEE ) | ALL PENDING CHAPTER 13 CASES |
| DEBRA L. MILLER AND ) | ASSIGNED TO TRUSTEE MILLER |
| NOTICE OF APPOINTMENT OF ) | |
| INTERIM SUCCESSOR ) | |
| CHAPTER 13 TRUSTEE ) | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT
OF INTERIM SUCCESSOR CHAPTER 13 STANDING TRUSTEE**

NOTICE IS HEREBY GIVEN THAT:

1. Debra L. Miller, Chapter 13 Standing Trustee, ("Trustee Miller") has resigned from all of her Northern District of Indiana cases effective 11:59 p.m. on April 30, 2023.

2. The United States Trustee, having accepted Trustee Miller's resignation, has appointed, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, P. Chael as the interim successor Chapter 13 Standing Trustee ("P. Chael, Interim Chapter 13 Trustee") for the Northern District of Indiana, effective May 1, 2023, in all of Trustee Miller's open chapter 13 cases. (All of Trustee Miller's open chapter 13 cases shall hereinafter be referred to as "Miller's Chapter 13 Cases.")

3. Effective May 1, 2023, the United States Trustee, pursuant to 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, will transfer and assign all of Miller's Chapter 13 Cases, to:

P. Chael, Interim Chapter 13 Trustee
Northern District of Indiana
112 Ironworks Ave., Suite A
Mishawaka, IN  46544
Telephone number: 574-254-1313
Email:  dmecf@trustee13.com

4. The bond for P. Chael, Interim Chapter 13 Trustee, is fixed under the general blanket bond heretofore authorized by the United States Trustee pursuant to 11 U.S.C. § 322 and Fed.R.Bankr.P. 2010(a).

5. Pursuant to Fed.R.Bankr.P. 2012(b), P. Chael, Interim Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Miller's Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Miller's Chapter 13 Cases within thirty (30) days of the effective date of the transfer of each case.

NANCY J. GARGULA

United States Trustee, Region 10

/s/ Susan J. Roberts
Susan J. Roberts
Assistant United States Trustee
Office of the United States Trustee
100 E. Wayne Street, Suite 555
South Bend, IN 46601
Tel: (574) 236-8140
Fax: (574) 236-8163
Susan.J.Roberts@usdoj.gov